UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CESAR AGUIRRE,

    Petitioner,

v.

ALAMEDA SUPERIOR COURT, et al.,

    Respondents.

Case No. 16-cv-06933-RS

**ORDER GRANTING STAY**

Pursuant to Civil Local Rule 7-1(b), petitioner's motion for a stay of this matter pending exhaustion of his claims in state court is suitable for disposition without oral argument, and the hearing set for January 26, 2017 is vacated. Good cause appearing, the motion is granted. The action is hereby stayed. Nothing further will take place in this matter until the Court decides further action is appropriate, or until petitioner exhausts all his claims and, within thirty days of doing so, moves to lift the stay and reopen this action. The Clerk shall administratively close the file pending further order.

**IT IS SO ORDERED**.

Dated: January 23, 2017

RICHARD SEEBORG
United States District Judge